1040

No. 910, Misc. DELANEY *v.* GLADDEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 928, Misc. McCRIMMON *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 930, Misc. CATLETT *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 931, Misc. DORSEY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 932, Misc. HART *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 933, Misc. KEPLINGER *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 935, Misc. WARD *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 941, Misc. MAGEE *v.* CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 942, Misc. PEACOCK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.

No. 957, Misc. EVANS *v.* UNITED STATES VETERANS ADMINISTRATION HOSPITAL. C. A. 2d Cir. Certiorari denied. *Solicitor General Griswold* for respondent.